O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH L. NESBITT,<br><br>      Plaintiff,<br><br>    vs.<br><br>HOBART CO., et al.,<br><br>      Defendants. | Case No. EDCV10-1123-CJC (DTB)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that defendant's Motion to Dismiss plaintiff's Eighth Amendment claim is GRANTED with leave to amend; defendant's Motion to Dismiss plaintiff's Fourth and Fourteenth Amendment claims and his OSHA claim is GRANTED without leave to amend; and defendant's Motion to Dismiss plaintiff's requests for punitive damages and injunctive relief is GRANTED with leave to amend.

1    IT IS FURTHER ORDERED that if plaintiff still desires to pursue any of the
2 claims being dismissed with leave to amend, he is ORDERED to file a Third
3 Amended Complaint within thirty (30) days of the date of this order.  Plaintiff is
4 advised that his failure to do so will result in Judgment being entered dismissing this
5 action without prejudice.

7 Dated: April 26, 2012  
  _____  
8    CORMAC J. CARNEY  
    UNITED STATES DISTRICT JUDGE