JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KEITH L. NESBITT, | ) | Case No. EDCV10-01123-CJC (DTB) |
| Plaintiff, | ) | |
| | ) | **JUDGMENT** |
| vs. | ) | |
| HOBART CO., et al., | ) | |
| Defendants. | ) | |

On April 26, 2012, the Court entered an order granting defendant's Motion to Dismiss, ordering plaintiff to file a Third Amended Complaint on or before May 28, 2012, if he still desired to pursue any of the claims being dismissed with leave to amend. Plaintiff was advised that his failure to do so would result in Judgment being entered dismissing this action without prejudice. Plaintiff failed to file a Third Amended Complaint within the allotted time, and has not requested an extension of time within which to do so.

IT THEREFORE IS ORDERED that Judgment be entered dismissing this action without prejudice.

Dated: July 16, 2012

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

1